UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TWILA HUTCHISON,

      Plaintiff,

    v.                                                          Case No. 05-cv-4086-JPG

MARION MEMORIAL HOSPITAL d/b/a
Heartland Regional Medical Center d/b/a
Heartland Regional Medical Center Home
Health Agency, RON SEAL, PHIL KUBOW
and DEBBIE COUGHLIN,

      Defendants.

## JUDGMENT

This matter having come before the Court, and the plaintiff having dismissed this case,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without

prejudice.

**NORBERT JAWORSKI**

**Dated:  July 21, 2005**

**By: s/ Judith Prock, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**